In Re:  Lavenna T. Jackson,                                    Chapter 7
                                                               13-58973 mbm


                         Debtor

_____/

## DEBTOR'S RESPONSE TO MOTION TO LIFT AUTOMATIC STAY

NOW COMES the Debtor, Lavenna T. Jackson, by and through her attorney, Eleanor Cattron Smith in response to Motion of Creditor WILLIAM ALNARRAIE, to Lift Automatic Stay, pursuant to 11 USC 362 (a)(d)(1) and (3)(B)B, stating as follows:

1.  The Debtor filed a Voluntary Chapter 7 Petition seeking a fresh start and an opportunity to retain possession of her leased apartment.

2.  Debtor has been subjected to excessive garnishments which interfered with her ability to make timely installment payments on her lease.

3.  Debtor is entitled to a refund of funds seized through pre-petition garnishments.

4.  Debtor intends to apply garnishment refunds to the arrearage on her lease payments.

5.  Debtor's Chapter 7 Petition was filed in good faith with intent to exercise her best effort on the lease payments during the pendency of the Chapter 7 case.

6.  Debtor is entitled to a reasonable time in which to cure the default in lease payments.

7.  Debtor has made a partial post-petition payment to this creditor and intends to cure the

Default as soon as possible.

WHEREFORE, Debtor prays this Honorable Court will deny relief from Automatic Stay and give this Debtor a reasonable opportunity to make a fresh start with this Landlord after receiving a Discharge of her other debts.

Submitted By:

*Eleanor Cattron Smith*
Eleanor Cattron Smith P-29738
Attorney for Debtor
243 W. Congress, Suite 350
Detroit, Michigan 48226
(313) 961-7258
*cattronsmith@att.net*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re: Lavenna T. Jackson,                                    Chapter 7
                                                              13-58973 mbm

                                    Debtor

_____/

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on November 25, 2013, I electronically filed the following the

attached Response to Motion to Lift Stay with the Clerk of the Court using the ECF system

which will send notification of such filing to the Trustee and all ECF Participants on Record,

           *<u>/s/ Eleanor Cattron Smith</u>*
           Eleanor Cattron Smith P-29738
           Attorney for Debtor
           243 W. Congress Suite 350
           Detroit, MI 48226
           Phone: (313)961-7258
           *cattronsmith@att.net*