**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−58973−mbm**
Chapter: 7
Judge: Marci B McIvor

In Re: (NAME OF DEBTOR(S))
   Lavenna T Jackson
   29450 Everett St.
   Southfield, MI 48076

Social Security No.:
   xxx−xx−6065

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1875, 211 West Fort Street Bldg., Detroit, MI 48226** on **12/10/13** at **09:00 AM** to consider and act upon the following:

*13 −* Motion for Relief from Stay Re: MOTION TO LIFT STAY TO ALLOW EVICTION TO PROCEED . Fee Amount $176, Filed by Creditor WILLIAM ALNARRAIE (Attachments: # 1 Proposed Order # 2 Exhibit LEASE # 3 Exhibit 14 DAY NOTICE OF HEARING # 4 Exhibit PROOF OF SERVICE) (OKeefe, Kurt)

Dated: 11/26/13

                                                  BY THE COURT

                                                Katherine B. Gullo
                                                Clerk, U.S. Bankruptcy Court

                                                BY: Patti O'Hara
                                                Deputy Clerk